## FOURTH DEPARTMENT, OCTOBER, 1924.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant, *v.* ADDISON J. WADSWORTH and Others, Assessors of the Town of Champion, County of Jefferson, State of New York, Respondents.

Appeal from an order of the Supreme Court, made at the Jefferson Special Term and entered in the Jefferson county clerk's office on January 9, 1924, quashing, vacating and setting aside a writ of certiorari theretofore issued herein.

PER CURIAM: While we do not fully agree with all the views expressed by the learned court at Special Term, we think that the petition did not properly raise the questions of overvaluation and inequality of assessment, and the order should, therefore, be affirmed. · All concur. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ. Order affirmed, with ten dollars costs and disbursements.

---

MEARL A. FAGAN, as Administrator, etc., of XEN FAGAN, Deceased, Respondent, *v.* LEHIGH VALLEY RAILROAD COMPANY, Defendant, Impleaded with ERIE RAILROAD COMPANY, Appellant.

Appeal from an order of the Supreme Court, entered in the Erie county clerk's office on July 11, 1924, denying a motion to dismiss the complaint as to the Erie Railroad Company.

PER CURIAM: The complaint does not allege that the Erie Railroad Company ran its trains over the New York Central tracks or that the Erie track ran parallel to the New York Central track. There is no allegation from which it can be inferred that there was any duty resting upon the Erie Railroad Company to keep a flagman at the crossing, neither is there an allegation that the deceased knew that the Erie Railroad Company had theretofore kept a flagman at the crossing. In the absence of such allegations, we think the complaint fails to state a cause of action against the Erie Railroad Company. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ. Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, with leave to the plaintiff to serve an amended answer within twenty days, upon payment of the costs of the motion and of this appeal.